UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:10-cr-00050 |
|---|---|---|
| v. | ) | |
| MICHELLE ANDERSON | ) | |

**ORDER FOR DISMISSAL**

Leave of Court is hereby granted for the dismissal of the Bill of Information in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: April 7, 2011

Richard L. Voorhees
United States District Judge